LIVERPOOL, BRAZIL & RIVER PLATE STEAM NAVIGATION CO., Limited, v. BROOKLYN EASTERN DISTRICT TERMINAL. (Circuit Court of Appeals, Second Circuit. February 13, 1917.) No. 159. Appeal from the District Court of the United States for the Southern District of New York. Suit in admiralty by the Liverpool, Brazil & River Plate Steam Navigation Company, Limited, against the Brooklyn Eastern District Terminal. Decree for respondent, and libelant appeals. Affirmed. Burlingham, Montgomery & Beecher, of New York City, for appellant. Park & Mattison, of New York City, for appellee. Before WARD and ROGERS, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Decree affirmed, and motion for certification denied.

---

LYON NON-SKID CO. et al. v. EDWARD V. HARTFORD, Inc. (Circuit Court of Appeals, Second Circuit. April 26, 1918.) No. 222. Appeal from the District Court of the United States for the Southern District of New York. Suit by the Lyon Non-Skid Company, and the Metal Stamping Company against Edward V. Hartford, Incorporated. From a decree for complainants (247 Fed. 524), defendant appeals. Affirmed. Clifford E. Dunn, of New York City (J. Edgar Bull, of New York City, of counsel), for appellant. Harry L. Duncan, of New York City (Drury W. Cooper, of New York City, of counsel), for appellees. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree (247 Fed. 524) affirmed, with costs.

---

OLD DOMINION S. S. CO. v. McNEIL–HIGGINS CO. (Circuit Court of Appeals, Seventh Circuit. November 13, 1917.) No. 2511. In Error to the District Court of the United States for the Eastern Division of the Northern District of Illinois. Action at law by the McNeil-Higgins Company against the Old Dominion Steamship Company for damages for loss of shipment of coffee. Judgment for plaintiff, and defendant brings error. Affirmed. For prior opinion, see 235 Fed. 854, 149 C. C. A. 166. Worth E. Caylor, of Chicago, Ill., for plaintiff in error. Charles A. Butler, of Chicago, Ill., for defendant in error. Before BAKER, ALSCHULER and EVANS, Circuit Judges.

PER CURIAM. On the previous appeal to this court in this case we held the question of defendant's liability upon the record at that time before us, presented issues for the jury to determine. 235 Fed. 854, 149 C. C. A. 166. It is now contended by plaintiff in error that upon the second trial additional evidence was received, which made it necessary for the District Court to grant the motion for a directed verdict. We think otherwise. The testimony on the second trial did not materially change the important and controlling facts referred to in the previous opinion. The court properly referred the disputed issues to the jury. The other assignments of error urged by plaintiff in error have been examined by us and all are overruled. We do not believe their consideration warrants an extended discussion. The judgment is affirmed.

---

THE REBECCA. (Circuit Court of Appeals, Second Circuit. February 13, 1918.) No. 131. Appeal from the District Court of the United States for the Eastern District of New York. Suit in admiralty by the Hudson Towboat Company against the barge Rebecca; the New York Central Railroad Company, claimant. Decree for libelant, and claimant appeals. Affirmed. Harrington, Bigham & Englar, of New York City, for appellant. Alexander & Ash, of New York City, for appellee. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.